UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL A. ACOSTA,

Plaintiff,

-against-

UNITED STATES GOV. ET AL.,

Defendants.

25 CIVIL 05469 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 24, 2026, order, the Court dismisses this action as frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i). Accordingly, this action is dismissed.

SO ORDERED.

Dated:    March 25, 2026

New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge